```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

    IN RE:                                        CASE NO. 08 B 05113
        WILLIAM A LARSON
        SANDRA J LARSON                           CHAPTER 13

                                                  JUDGE: MANUEL BARBOSA
            Debtor
        SSN XXX-XX-9842     SSN XXX-XX-7673


    ------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
    ------------------------------------------------------------------------
         Glenn Stearns, Chapter 13 Standing Trustee, submits the following
    Final Report and Account of the administration of the estate pursuant to
    11 USC 1302(b)(1).

        1.   The case was filed on 03/04/08 .

        2.   The case was dismissed without confirmation, 06/19/2008.

        3.   The Debtor paid a total of $   2932.00 .

        4.   The Trustee made disbursements to creditors as follows:


    ------------------------------------------------------------------------
    CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                               PAID          PAID
    ------------------------------------------------------------------------
    WELLS FARGO HOME MTGE     CURRENT MORTG         .00            .00            .00
    COUNTRYWIDE FINANCIAL     SECURED               .00            .00            .00
    CHASE AUTOMOTIVE FINANCE  SECURED VEHIC         .00            .00        1574.37
    INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED            .00            .00
    FIA CARD SERVICES         UNSECURED       NOT FILED            .00            .00
    FIA CARD SERVICES         UNSECURED       NOT FILED            .00            .00
    FIA CARD SERVICES         UNSECURED       NOT FILED            .00            .00
    FIA CARD SERVICES         UNSECURED       NOT FILED            .00            .00
    FIA CARD SERVICES         UNSECURED       NOT FILED            .00            .00
    FIA CARD SERVICES         UNSECURED       NOT FILED            .00            .00
    BARCLAYS BANK DELAWARE    UNSECURED       NOT FILED            .00            .00
    CHASE BANK USA            UNSECURED       NOT FILED            .00            .00
    CHASE BANK USA            UNSECURED       NOT FILED            .00            .00
    CITIBANK                  UNSECURED       NOT FILED            .00            .00
    DISCOVER BANK             UNSECURED       NOT FILED            .00            .00
    GEMB                      UNSECURED       NOT FILED            .00            .00
    HSBC                      UNSECURED       NOT FILED            .00            .00
    HSBC                      UNSECURED       NOT FILED            .00            .00
    KOHLS                     UNSECURED       NOT FILED            .00            .00
    MIDWEST DENTAL            UNSECURED       NOT FILED            .00            .00
    ------------------------------------------------------------------------
    CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                               PAID          PAID
    ------------------------------------------------------------------------
    NICOR GAS                 UNSECURED       NOT FILED            .00            .00
    PROVENA HEALTH CTR FOR D  UNSECURED       NOT FILED            .00            .00
    SEARS BKRUPTCY RCVRY MGM  UNSECURED       NOT FILED            .00            .00
    TARGET                    UNSECURED       NOT FILED            .00            .00
    CITIBANK                  UNSECURED       NOT FILED            .00            .00
                Summary of disbursements:
    ------------------------------------------------------------------------
```

```
                    SECURED      PRIORITY    UNSECURED         OTHER          TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00           .00          .00           .00            .00
PRINCIPAL PAID      1574.37           .00          .00           .00        1574.37
INTEREST PAID           .00           .00          .00           .00            .00
TOTAL PAID          1574.37           .00          .00           .00        1574.37
```
The Debtor's attorney, JAMES A YOUNG & ASSOC        , was allowed $   3500.00
and was paid $    1000.00   direct and $    1187.58   through the plan.

The Trustee received $     170.05 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 09/10/08                    /S/
                                                   GLENN STEARNS
                                                 CHAPTER 13 TRUSTEE